**Order entered April 8, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00128-CV

### IN RE RYAN GALLAGHER

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-16008**

### ORDER

Before the Court is appellant's April 7, 2020 motion requesting a copy of the transcript. We **GRANT** the motion as follows. We **DIRECT** the Clerk of this Court to send appellant a CD-Rom of both the clerk's record filed on February 11, 2020 and the reporter's record filed on March 10, 2020.

/s/    KEN MOLBERG
        JUSTICE